UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 08-32-ART |
| | ) | |
| v. | ) | |
| | ) | |
| LEROY HANDSHOE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pending before the Court is the Magistrate Judge's Report and Recommendation regarding Defendant's Motion to Dismiss, R. 15.  Federal Rule of Civil Procedure 72(b)(3) requires district courts to review any portion of the order to which a party objects.  Defendant has not filed any objections to the Magistrate's Report and Recommendation, and the time for filing any objections has expired.  *See* FED. R. CIV. PROC. 72(b).  Accordingly, it is

**ORDERED** that the Magistrate Judge's Report and Recommendation, R. 15, is **ADOPTED** in full.

This the 29th day of January, 2009.



Signed By:
*Amul R. Thapar*
United States District Judge